UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

In the Matter of the reassignment of            ORDER
Civil Case to the Honorable Thomas J. McAvoy     OF REASSIGNMENT

_____

       **ORDERED** that the below case has been reassigned to the Honorable Thomas J. McAvoy, Senior U.S. District Judge for disposition:

| Case Number | Caption |
|---|---|
| 9:12-cv-1609 (NAM/ATB) | Jeremy Zielinski v. USA, et al |

**IT IS SO ORDERED.**

Dated: November 1, 2012
Albany, New York

_Gary L. Sharpe_
Gary L. Sharpe
Chief U.S. District Judge